17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHRISTOPHER HESS, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-97-207 |
| GENERAL MOTORS CORPORATION, | § | |
| Defendant(s). | § | |

## ORDER

Plaintiff CHRISTOPHER HESS'S First Motion to Extend Discovery Deadlines [Dkt. 15] is DENIED.

DONE at Brownsville, Texas, this 22 day of October 1998.

_____
Hilda G. Tagle
United States District Judge