
28

United States District Court
Southern District of Texas
ENTERED

SEP 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clark

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HESS | § | |
| | § | CIVIL ACTION NO. B-97-207 |
| VS. | § | |
| | § | |
| GENERAL MOTORS CORPORATION | § | |

### ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On the 20 day of May 1999, the Court considered General Motors Corporation's Motion for Summary Judgment. After considering the motion and its supporting evidence, the response, and the papers on file with this Court, the Court finds there is no genuine issue of material fact as to any of Plaintiff's claims against General Motors Corporation. Therefore, the Court GRANTS the motion.

THEREFORE, IT IS ORDERED that General Motors Corporation's Motion for Summary Judgment is in all respects GRANTED, and that Plaintiff, Christopher Hess, take nothing by way of this suit.

IT IS FURTHER ORDERED that this case shall be dismissed with prejudice, and that costs shall be taxed against Plaintiff.

SIGNED this 27 day of September, 1999.

_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

227575.01